UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------x
ROBERT COCHERO AND DORIS COCHERO,                           08CIV2601

                    Plaintiffs,

        - against –

4101 AUSTIN BLVD CORPORATION, 55
WATER STREET CONDOMINIUM, ALAN
BCASMAN DBA KASCO, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LIBERTY VIEW ASSOCIATES,
L.P., MERRILL LYNCH & CO, INC., NEW
WATER STREET CORP., ONE WALL STREET
HOLDINGS, LLC, R Y MANAGEMENT CO.,
INC., RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP, RY
MANAGEMENT, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE BANK OF NEW YORK COMPANY,
INC., THE RELATED COMPANIES, LP, THE
RELATED REALTY GROUP, INC., WESTON
SOLUTIONS, INC., WFP TOWERD CO. G.P.
CORP., WFP TOWER D HOLDING CO. I L.P.,
WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., AND WFP
TOWER D. CO., L.P., ET AL

```
                                             Defendants.
-----------------------------------------------------------------X
```

**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
May 23, 2008

    Yours, etc.

    FRIEDMAN, HARFENIST, LANGER & KRAUT
    Attorneys for Defendant –Envirotech
    3000 Marcus Avenue, Suite 2E1
    Lake Success, New York 11042
    (516) 775-5800

    BY: _____
        Heather L. Smar (4622)