UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
ROBERT COCHERO (AND WIFE, DORIS         :    08-CV-002601-AKH
COCHERO),                                                 :
                                                             :
                            Plaintiffs,      :    **APPEARANCE**
                                                             :
        - against -                          :    **ELECTRONICALLY FILED**
                                                             :
4101 AUSTIN BLVD CORPORATION, *et al.*,     :
                                                             :
                            Defendants.      :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       June 26, 2008


                            By:      /s/ Judith R. Cohen
                                  _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.